UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF CENTRAL LABORERS' PENSION, WELFARE & ANNUITY FUNDS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT J. MONIGER, individually and d/b/a MONIGER CEMENT CONSTRUCTION, INC., and d/b/a MONIGER CONCRETE CONST., INC.,<br><br>　　　　　Defendant. | Case No. 05-cv-4155-JPG |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This matter having come before the Court upon plaintiff's notice of dismissal and the Court having found that plaintiff has voluntarily dismissed this action,

**IT IS ORDERED AND ADJUDGED** that all claims by the plaintiff against the defendant in this case, are **DISMISSED with prejudice**.

**DATED: November 7 , 2006**

　　　　　　　　　　　　　　　　　　**NORBERT G. JAWORSKI, CLERK**

　　　　　　　　　　　　　　　　　　s/**Brenda K. Lowe**
　　　　　　　　　　　　　　　　　　**Deputy Clerk**

**APPROVED:  s/ J. Phil Gilbert**
　　　　　　　**J. PHIL GILBERT**
　　　　　　　**U.S. District Judge**